HARRISON H. BONSALL v. TOWNSHIP OF MENDHAM, *ET AL.*

December 9, 1971. Petition for certification denied. (See 116 *N. J. Super.* 337)

STATE OF NEW JERSEY IN THE INTEREST OF J. P.

December 9, 1971. Petition for certification denied.